Certificate Number: 16339-PAE-DE-035278406

Bankruptcy Case Number: 20-13761



16339-PAE-DE-035278406

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 18, 2021, at 1:41 o'clock PM EST, Robert Thomas completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 18, 2021          By:    /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title: Certified Financial Counselor